UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RFK RETAIL HOLDINGS, LLC,  ) | 2:15-cv-01446-RFJ-CWH |
| ) Plaintiff, ) | |
| vs.  ) | **ORDER** |
| ) | |
| EASTERN REAL ESTATE, LLC,  ) | |
| ) | |
| Defendant.  ) | |

This matter is before the Court on the parties' Joint Discovery Plan and Scheduling Order (doc. # 16), filed November 30, 2015.

The Court has reviewed the proposed discovery plan and finds that it does not comply with Local Rule ("LR") 26-1. Absent a court order, "discovery periods longer than one hundred eighty (180) days from the date the first defendant answers or appears will require special scheduling review." LR 26-1(e)(1). Additionally, parties that request a discovery period that is longer or different must provide "a statement of the reasons why longer or different time periods should apply to the case." LR 26-1(d).

Here, the parties request a special scheduling order to allow for briefing of the pending motion for judgment (doc. # 10). However, the parties fail to provide a sufficient explanation as to why this Court should grant the special schedule requested and effectively stay discovery until the pending motion for judgment is fully briefed.

Accordingly, **IT IS HEREBY ORDERED** that the parties' Joint Discovery Plan and Scheduling Order (doc. # 16) is **denied.**

DATED: December 1, 2015

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**