**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RKF RETAIL HOLDINGS, LLC, a Delaware limited-liability company, | Case No.:   2:15-CV-01446-RCJ-CWH |
| Plaintiff, | **ORDER SETTING HEARING** |
| v. | |
| EASTERN REAL ESTATE LLC, a Massachusetts limited-liability company, | |
| Defendants. | |

**ORDER IN CHAMBERS**

Presently before the Court, is Defendant Eastern Real Estate, LLC's Motion for Judgment on the Pleadings (ECF #10).  Accordingly,

IT IS HEREBY ORDERED that ORAL ARGUMENT  is set for 10:00 A.M.  Friday, February 12, 2016, in LAS VEGAS COURTROOM TBD, before Judge Robert C. Jones.

IT IS SO ORDERED this 6th day of January, 2016.

_____
ROBERT C. JONES
District Judge