ROBERT J. CALDWELL, ESQ.
Nevada Bar No. 007637
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail: rcaldwell@klnevada.com

- and -

CHRISTOPHER A. KENNEY, ESQ. (*Pro Hac Vice*)
Massachusetts Bar No. 556511
ANTHONY L. DEPROSPO, ESQ. (*Pro Hac Vice*)
Massachusetts Bar No. 644668
**KENNEY & SAMS, P.C.**
Southborough Executive Park,
225 Turnpike Road
Southborough, MA 01772
Telephone: (508) 490-8500
Facsimile: (508) 490-8501
Email: aldeprospo@KandSlegal.com
cakenney@KandSlegal.com

Attorneys for Defendant,
EASTERN REAL ESTATE LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RKF RETAIL HOLDINGS, LLC, a Delaware limited-liability company,<br><br>Plaintiff,<br><br>vs.<br><br>EASTERN REAL ESTATE, LLC, a Massachusetts limited-liability company,<br><br>Defendant. | CASE NO. 2:15-cv-01446-APG-GWF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), LR IA 6-2, and LR 7-1, RKF Retail Holdings, LLC and Eastern Real Estate, LLC, by and through their respective counsel, having reached an agreement to resolve all outstanding issues between them, hereby stipulate to

Page 1 of 2

CHI 68897699v2

DISMISS all claims and counterclaims in the above-captioned matter, WITH PREJUDICE. Each party shall bear its own respective costs, expenses and attorneys' fees. This stipulation may be executed in facsimile and in counterparts, which shall have the same effect as the original.

DATED this 25 day of January, 2018.

CAMPBELL & WILLIAMS

/s/ _____
DONALD J. CAMPBELL, ESQ.
Nevada Bar No. 1216
J. COLBY WILLIAMS
Nevada Bar No. 5549
700 S. Seventh St.
Las Vegas, NV 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540
djc@campbellandwilliams.com
jcw@campbellandwilliams.com

- and -

PERRY M. AMSELLEM (*Pro hac vice*)
ROSS M. BAGLEY, ESQ. *Pro hac vice*)
PRYOR CASHMAN LLP
7 Times Square
New York, New York 10022
Telephone: (212) 421-4100
Facsimile: (212) 798-6386
pamsellem@pryorcashman.com
rbagley@pryorcashman.com

Attorneys for Plaintiff,
RKF RETAIL HOLDINGS, LLC

DATED this 29th day of January, 2018.

KOLESAR & LEATHAM

/s/ _____
ROBERT J. CALDWELL, ESQ.
Nevada Bar No. 007637
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
rcaldwell@klnevada.com

- and -

CHRISTOPHER A. KENNEY (*Pro Hac Vice*)
Massachusetts Bar No. 556511
ANTHONY L. DEPROSPO, ESQ. (*Pro Hac Vice*)
Massachusetts Bar No. 644668
KENNEY & SAMS, P.C.
Southborough Executive Park,
225 Turnpike Road
Southborough, MA 01772
Telephone: (508) 490-8500
Facsimile: (508) 490-8501
cakenney@KandSlegal.com
aldeprospo@KandSlegal.com

Attorneys for Defendant,
EASTERN REAL ESTATE LLC

**IT IS SO ORDERED:**

/s/ _____

**UNITED STATES DISTRICT JUDGE**

**DATED:** February 2, 2018

Page 2 of 2

CHI 68897699v2